1  NA'IL BENJAMIN (SBN 240354)
   BENJAMIN LAW GROUP, P.C.
2  1290 B Street, Suite 301
   Hayward, California 94541
3  Telephone: (510) 897-9967
   Facsimile:  (510) 439-2632
4  Email: nbenjamin@benjaminlawgroup.com

5
   Attorneys for Plaintiffs
6  **YOSHIRA BARAJAS; HENRY GRANT;**
   **and NACHAE WILLIAMS**
7

8  **ANDREW L. CHANG (SBN 222309)**
   achang@shb.com
9  **JASON M. RICHARDSON (SBN 250916)**
   jmrichardson@shb.com
10 SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2600
11 San Francisco, California 94104
   Tel: 415.544.1900
12 Fax: 415.391.0281

13
   Attorneys for Defendants
14 **CARRIAGE SERVICES, INC**.

15

# UNITED STATES DISTRICT COURT

# NORTHERN DISCTRICT OF CALIFORNIA

| | |
|---|---|
| YOSHIRA BARAJAS; HENRY GRANT; NACHAE WILLIAMS,<br><br>              Plaintiffs,<br><br>      v.<br><br>CARRIAGE SERVICES, INC., a Texas Corporation; and DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No.:  3:19-cv-02035-EMC<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE CASE WITH PREJUDICE AND ORDER** |

1

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsels that the above action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii) in its entirety with each party to bear its own attorney's fees and costs.

Dated:  October 19, 2020                                              BENJAMIN LAW GROUP, P.C.

                                                                By:     /s/ Na'il Benjamin
                                                                        NA'IL BENJAMIN
                                                                        Attorneys for Plaintiffs

Dated:  October 19, 2020                                              SHOOK, HARDY & BACON L.L.P.

                                                                By:     /s/ Andrew L. Chang
                                                                        ANDREW L. CHANG
                                                                        Attorneys for Defendant
                                                                        Carriage Services, Inc.

### **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

Dated:  October 19, 2020                /s/ Na'il Benjamin
                                        NA'IL BENJAMIN
                                        Attorney for Plaintiffs

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

DATED: October 19, 2020

HONORABLE EDWARD M. CHEN
United States District Court Judge